IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA,              §
                                       §
                    Plaintiff,         §
                                       §  Criminal No. 3:09-CR-101-D (01)
VS.                                    §
                                       §
JAMES GREGORY MORRIS,                  §
                                       §
                    Defendant.         §

## ORDER

After making an independent review of the December 27, 2010 preliminary report and recommendation regarding restitution of the United States Magistrate Judge, the court concludes that the preliminary report and recommendation are correct and are therefore adopted.

In making this determination, the court notes that, like the magistrate judge, the court is not deciding at this time whether there is a proximate cause requirement. The government may therefore object to the magistrate judge's final recommendation if he determines that there is such a requirement and/or determines that the government has failed to meet its burden in this respect.

The magistrate judge may proceed to schedule a hearing.

**SO ORDERED**.

January 4, 2011.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE