IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Criminal No. 3:09-CR-101-D (01) |
| VS. | § | |
| | § | |
| JAMES GREGORY MORRIS, | § | |
| | § | |
| Defendant. | § | |

## ORDER

After making an independent review of the February 18, 2011 findings and recommendation regarding restitution of the United States Magistrate Judge, the court concludes that the findings and recommendation are correct and are therefore adopted. Accordingly, by amended judgment filed today, the court is ordering that the defendant make restitution to the victim identified as "Vicky" in the sum of $100. The court is also filing an order recommending to the Attorney General under Fed. R. Crim. P. 38(b)(2) that the defendant be confined near the place of appeal (FCI-Seagoville, Texas) for a period reasonably necessary to permit the defendant to assist in preparing his appeal.

**SO ORDERED**.

February 23, 2011.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE