IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:09-CR-101-D (01) |
| | § | |
| JAMES GREGORY MORRIS, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case on May 30, 2017. Defendant filed his objection on July 10, 2017.

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

The court therefore denies defendant's May 16, 2017 petition pursuant to Federal Rule of [Civil Procedure] 60(b)(4) and the All Writs Act for relief from void

judgment.

**SO ORDERED**.

July 20, 2017.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE